FILED
CLERK, U.S. DISTRICT COURT

1/11/2019

CENTRAL DISTRICT OF CALIFORNIA
BY: ___CW___ DEPUTY

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KEITH DENNIS,<br><br>               Petitioner,<br><br>  v.<br><br>KELLY SANTORO,<br><br>               Respondent. | Case No. 2:18-cv-03194-DSF (MAA)<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

      Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the other records on file herein, and the Report and Recommendation of the United States Magistrate Judge. The time for filing objections has expired and no objections have been made.

///

///

///

///

///

///

///

IT IS THEREFORE ORDERED that (1) the Report and Recommendation of the Magistrate Judge is accepted and adopted; (2) Respondent's Motion to Dismiss the Petition as time-barred (ECF No. 9) is granted; and (3) Judgment shall be entered denying the Petition and dismissing this action with prejudice.

DATED: January 11, 2019

                                              Honorable Dale S. Fischer
                                              UNITED STATES DISTRICT JUDGE