JS-6

FILED
CLERK, U.S. DISTRICT COURT

1/11/2019

CENTRAL DISTRICT OF CALIFORNIA
BY: CW DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH DENNIS,<br><br>　　　　Petitioner,<br><br>　v.<br><br>KELLY SANTORO,<br><br>　　　　Respondent. | Case No. 2:18-cv-03194-DSF (MAA)<br><br>**JUDGMENT** |

　　Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

　　IT IS ORDERED AND ADJUDGED that the Petition is denied and the action is dismissed with prejudice.

DATED: January 11, 2019

　　　　　　　　　　　　　　　　　　　　　　/s/ Dale S. Fischer
　　　　　　　　　　　　　　　　　　　　　　Honorable Dale S. Fischer
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE